

Evan B. Citron
212.492.2068
evan.citron@ogletree.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/6/2020

February 4, 2020

**VIA ECF**

The Honorable Analisa Torres
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    Re: <u>Diaz v. The Jones Group, Inc.</u>, 19-cv-07850 (AT)

Dear Judge Torres:

    We represent Defendant The Jones Group, Inc. ("Defendant") in the above-referenced matter. In accordance with Rule I.C of Your Honor's Individual Practices, and for the reasons identified below, we respectfully write to request a stay of all deadlines and appearances in the case for 90 days, until May 4, 2020.

    On February 3, 2020, Defendant notified our firm, Ogletree Deakins ("Ogletree"), of its intent to substitute another firm in Ogletree's place as its counsel in this matter. Defendant respectfully requests a 90-day stay of all deadlines and appearances, including the mediation scheduled for February 7, 2020, to (i) afford it sufficient time to identify and engage new counsel; and (ii) afford its new counsel sufficient time to prepare its defense of Defendant in this matter.

    This is Defendant's first request for the relief sought herein, and Plaintiff consents to this request.

    Thank you for Your Honor's consideration of this request.

                                    Respectfully submitted,

                                    OGLETREE, DEAKINS, NASH,
                                    SMOAK & STEWART, P.C.

                                    By: *s/ Evan B. Citron*
                                         Evan B. Citron

---

GRANTED in part, DENIED in part. The action is STAYED for **60 days** to provide Defendant time to engage new counsel. All conferences and deadlines are ADJOURNED *sine die*. The parties are directed to submit a joint status letter by **March 20, 2020**.

SO ORDERED.

Dated: February 6, 2020
       New York, New York

                       ANALISA TORRES
                       United States District Judge